· No. 9440. In re WORTH CLARKE BELGARD, PETITIONER.

388 Pac. (2d) 362.

Decided Sept. 23, 1955.

Per Curiam.

Original *habeas corpus* proceeding brought by Worth Clarke Belgard, an inmate of the Montana State Prison, where he was received March 4, 1953, to serve a term of seven (7) years for having committed the crime of robbery and for which he was found guilty and sentenced in the District Court of Silver Bow County, Montana. It appearing that the application is without merit, the writ is denied and the proceeding is dismissed.